# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1994
LT Case No. 2021-CF-003115-A

_____

DARA J. DAVIS, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Dara J. Davis, Jr., Cross City, pro se.

Ashley Moody, Attorney General Tallahassee, and Darcy Townsend Assistant Attorney General, Tallahassee, for Respondent.

September 29, 2023

PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 20, 2022 judgment and sentence rendered in Case No. 2021-CF-003115-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____